**UNITED STATES BANKRUPTCY COURT**
**NORTHERN DISTRICT OF FLORIDA**
**PENSACOLA DIVISION**

| | |
|---|---|
| **IN RE:** | **CASE NO.: 19-30082-KKS** |
| | **CHAPTER 13** |
| **Martin James Dekom, Sr ,** | |
|   **Debtor.** | |
| _____/ | |

**REQUEST FOR SERVICE OF NOTICES**

**PLEASE TAKE NOTICE THAT,** on behalf of NATIONSTAR MORTGAGE LLC D/B/A MR. COOPER ("Secured Creditor"), and pursuant to Rule 2002 of the Federal Rules of Bankruptcy Procedure, the undersigned requests all notices given or required to be given and all papers required to be served in this case to creditors, any creditors committees, and any other parties-in-interest, be sent to and served upon the undersigned counsel and the following be added to the Court's Master Mailing List:

**RAS BORISKIN, LLC**
**BANKRUPTCY DEPARTMENT**
**900 MERCHANTS CONCOURSE, SUITE 310**
**WESTBURY, NY 11590**

                                                            RAS Boriskin, LLC
                                                            Authorized Agent for Secured Creditor
                                                            900 Merchants Concourse, Suite 310
                                                            Westbury, NY 11590
                                                            Telephone: 516-280-7675
                                                            Facsimile: 516-280-7674
                                                            By: <u>/s/Nathalie Rodriguez</u>
                                                            Nathalie Rodriguez, Esquire
                                                            Email: NRodriguez@rasflaw.com

## **CERTIFICATE OF SERVICE**

**I HEREBY CERTIFY** that on February 19, 2019, I electronically filed the foregoing with the Clerk of Court using the CM/ECF system, and a true and correct copy has been served via CM/ECF or United States Mail to the following parties:

Amy Logan Sliva
Law Office of Amy Logan Sliva
313 W. Gregory St.
Pensacola, FL 32502

Martin James Dekom, Sr.
9050 Sunset Dr.
Navarre, FL 32566

Leigh D. Hart
P.O. Box 646
Tallahassee, FL 32302

United States Trustee
110 E. Park Avenue
Suite 128
Tallahassee, FL 32301

                                            RAS Boriskin, LLC
                                            Authorized Agent for Secured Creditor
                                            900 Merchants Concourse, Suite 310
                                            Westbury, NY 11590
                                            Telephone: 516-280-7675
                                            Facsimile: 516-280-7674
                                            By: <u>/s/Nathalie Rodriguez</u>
                                            Nathalie Rodriguez, Esquire
                                            Email: NRodriguez@rasflaw.com