**UNITED STATES BANKRUPTCY COURT**
**NORTHERN DISTRICT OF FLORIDA**
**PENSACOLA DIVISION**

IN RE:      **MARTIN JAMES DEKOM, SR.**

                    **DEBTOR(S).**              **CASE NO:  19-30082-KKS**
_____/ **CHAPTER:  13**

<u>**DEBTORS' OBJECTION TO**</u>
<u>**TRUSTEE'S MOTION TO DISMISS (DOC. #25)**</u>

          **COME(S) NOW,** Debtor(s), MARTIN JAMES DEKOM, SR., by and through undersigned counsel, and file(s) this Objection to the Trustee's Motion to Dismiss (Doc. #25) herein and states:

          1.      All of the income on the 2018 tax return is due to Debtor's non-filing spouse's employment and, therefore, is not subject to the bankruptcy estate.

          **WHEREFORE**, Debtor(s) request(s) that the Court deny the Trustee's Motion to Dismiss.

                              */s/ Amy Logan Sliva*_____
                              AMY LOGAN SLIVA
                              SLIVA LAW FIRM, LLC
                              Florida Bar Number:  0394793
                              313 West Gregory Street
                              Pensacola, Florida 32502
                              (850) 438-6603
                              amysliva@cox.net
                              Attorney for Debtor(s)

<u>**CERTIFICATE OF SERVICE**</u>

          **I HEREBY CERTIFY** that a true and accurate copy of the foregoing has been furnished by electronic filing to LEIGH D. HART, TRUSTEE, (ldhdock@earthlink.net) on the same date as reflected on the court's docket as the electronic filing date for this document.

                              */s/Amy Logan Sliva*_____
                              AMY LOGAN. SLIVA