UNITED STATES BANKRUPTCY COURT
FOR THE NORTHERN DISTRICT OF FLORIDA
PENSACOLA DIVISION

IN RE:  MARTIN JAMES DEKOM, SR.

                                    CASE NO:   19-30082-KKS
          DEBTORS               CHAPTER   13
_____/

## NOTICE OF INTENT TO CONFIRM THIRD AMENDED CHAPTER 13 PLAN ON NEGATIVE NOTICE

### NOTICE OF OPPORTUNITY TO OBJECT AND FOR HEARING

Pursuant to Local Rule 2002-2, the Court will consider the relief requested in this paper without further notice or hearing unless a party in interest files a response within **twenty-one (21) days** from the date set forth on the proof of service plus an additional **three (3) days** for service if any party was served by U.S. Mail, or such other period as may be specified in Fed. R. Bankr. P. 9006(f).

If you object to the relief requested in this paper, you must file an objection or response electronically with the Clerk of Court or by mail at 110 East Park Avenue, Suite 100, Tallahassee, FL 32301 and serve a copy on the attorney for the Debtor(s), Amy Logan Sliva, Sliva Law Firm, LLC, at 313 West Gregory Street, Pensacola, FL 32502, and the Chapter 13 Trustee, Leigh D. Hart, at Post Office Box 646, Tallahassee, FL 32302, and any other appropriate person within the time allowed. If you file and serve a response within the time permitted, the Court will either schedule and notify you of a hearing or consider the response and grant or deny the relief requested without a hearing.

If you do not file an objection within the time period permitted, the Court will consider that you do not oppose the relief requested in the paper, will proceed to consider the paper without further notice or hearing, and may grant the relief requested.

TO: ALL CREDITORS AND PARTIES IN INTEREST:

PLEASE TAKE NOTICE that:

Debtor(s), by and through undersigned counsel, filed a Third Amended Chapter 13 Plan (Doc #30) herein on June 11, 2019, and all creditors and parties in interest have received a copy of this Notice and the Third Amended Chapter 13 Plan. Absent any objection timely filed, the aforementioned plan shall be confirmed without further notice or hearing.

DATED this 17h day of June, 2019.

/s/ Amy Logan Sliva
AMY LOGAN SLIVA
FL Bar #394793
313 West Gregory Street
Pensacola, Florida 32502
Attorney for Debtor(s)
(850) 438-6603
(850) 438-1983 Fax

### CERTIFICATE OF SERVICE

I HEREBY CERTIFY that a true and correct copy of the foregoing, as well as a copy of the Debtor(s)' Third Amended Chapter 13 Plan, have been furnished by electronic service to Leigh D. Hart, Trustee (ldhdock@earthlink.net) and by electronic service or United States Mail to all parties set forth on the attached matrix, on the 17th day of June, 2019.

/s/ Amy Logan Sliva
AMY LOGAN SLIVA
SLIVA LAW FIRM LLC
FL Bar #394793
313 West Gregory Street
Pensacola, Florida 32502
Attorney for Debtor(s)
(850) 438-6603
(850) 438-1983 Fax
amysliva@cox.net

2

```
Label Matrix for local noticing         Martin James Dekom Sr.              Florida Dept. of Labor/Employment Security
1129-3                                  9050 Sunset Dr.                     c/o Florida Dept. of Revenue
Case 19-30082-KKS                       Navarre, FL 32566-1122              P.O. Box 6668
Northern District of Florida                                                Tallahassee, FL 32314-6668
Pensacola
Mon Jun 17 14:51:48 EDT 2019

Florida Dept. of Revenue               PRA Receivables Management, LLC      U.S. Attorney (Pensacola Office)
Bankruptcy Unit                        PO Box 41021                         21 E. Garden Street #400
P.O. Box 6668                          Norfolk, VA 23541-1021               Pensacola, FL 32502-5675
Tallahassee, FL 32314-6668


U.S. Attorney (Tallahassee Office)     (p)U S SECURITIES AND EXCHANGE COMMISSION    Becket & Lee, LLP
111 N. Adams Street                    ATLANTA REG OFFICE AND REORG                 PO Box 3024
Fourth Floor                           950 E PACES FERRY RD NE STE 900              Malvern, PA 19355-0724
Tallahassee, FL 32301-7736             ATLANTA GA 30326-1382


Brian D. Goldberg, Esq.                Chase Card Services                  (p)FORSTER & GARBUS LLP
Gross Polowy, LLC                      PO Box 15298                         60 VANDERBILT MOTOR PARKWAY
900 Merchants Concourse, Suite 412     Wilmington, DE 19850-5298            P O BOX 9030
Westbury, NY 11590-5114                                                     COMMACK NY 11725-9030


Gross Polowy, LLC                      Mr. Cooper                           NATIONSTAR MORTGAGE LLC D/B/A MR. COOPER
1775 Wehrle Drive                      8950 Cypress Waters Blvd.            ATTN: Bankruptcy Dept
Suite 100                              Coppell, TX 75019-4620               PO Box 619096
Williamsville, NY 14221-7093                                                Dallas TX 75261-9096


Nationstar Mortgage LLC                Navient/Sallie Mae                   (p)PORTFOLIO RECOVERY ASSOCIATES LLC
d/b/a Mr. Cooper                       175 S. West Temple                   PO BOX 41067
c/o Ras Boriskin, LLC                  Ste 600                              NORFOLK VA 23541-1067
Bankruptcy Department                  Salt Lake City, UT 84101-4218
900 Merchants Concourse, Suite 310
Westbury, NY 11590-5114

State Farm Bank                        State Farm Bank, F.S.B.              The Home Depot/CBNA
c/o Becket and Lee LLP                 PO Box 2313                          PO Box 6497
PO Box 3001                            Bloomington, IL 61702-2313           Sioux Falls, SD 57117-6497
Malvern  PA 19355-0701


Verizon                                United States Trustee +              Leigh D. Hart +
by American InfoSource as agent        110 E. Park Avenue                   P.O. Box 646
PO Box 4457                            Suite 128                            Tallahassee, FL 32302-0646
Houston, TX 77210-4457                 Tallahassee, FL 32301-7728


Amy Logan Sliva +                      Jeff Sessions +                      Secretary of the Treasury +
Law Office of Amy Logan Sliva          Office of the Attorney General       U.S. Treasury Department
313 W. Gregory St.                     Main Justice Bldg., Rm. 511          15th & Pennsylvania Ave.
Pensacola, FL 32502-4737               Tenth & Constitution                 Washington, DC 20220-0001
                                       Washington, DC 20530-0001


Internal Revenue Service +             Nathalie Rodriguez +
P.O. Box 7346                          Robertson Anschutz & Schneid
Philadelphia, PA 19101-7346            6409 Congress Ave
                                       Suite 100
                                       Boca Raton, FL 33487-2853
```

The preferred mailing address (p) above has been substituted for the following entity/entities as so specified by said entity/entities in a Notice of Address filed pursuant to 11 U.S.C. 342(f) and Fed.R.Bank.P. 2002 (g)(4).

| | | |
|---|---|---|
| U.S. Securities & Exchange Commission<br>Branch of Reorganization<br>3475 Lenox Rd., N.E. Suite 100<br>Atlanta, GA 30326-1323 | Forster & Garbus, LLP<br>60 Motor Pkwy<br>Commack, NY 11725 | Portfolio Recovery Associates<br>120 Corporate Blvd.<br>Suite 100<br>Norfolk, VA 23502-4962 |
| (d)Portfolio Recovery Associates, LLC<br>POB 12914<br>Norfolk VA 23541 | | |

The following recipients may be/have been bypassed for notice due to an undeliverable (u) or duplicate (d) address.

| | | |
|---|---|---|
| (u)Nationstar Mortgage LLC d/b/a Mr. Cooper | (d)PRA Receivables Management, LLC<br>PO Box 41021<br>Norfolk, VA 23541-1021 | End of Label Matrix<br>Mailable recipients    28<br>Bypassed recipients    2<br>Total    30 |