## UNITED STATES BANKRUPTCY COURT
## NORTHERN DISTRICT OF FLORIDA
## PENSACOLA DIVISION

IN RE:                                                            CASE NO. 19-30082-KKS
                                                                       CHAPTER 13

MARTIN JAMES DEKOM, SR.

                Debtor                /

## CHAPTER 13 TRUSTEE'S
## <u>WITHDRAWAL OF MOTION TO DISMISS</u>
## (Doc. 25)

**COMES NOW,** LEIGH D. HART, Chapter 13 Trustee, by and through her undersigned attorneys, and hereby withdraws her Motion to Dismiss (Doc. 25) as being moot.

**RESPECTFULLY SUBMITTED.**

                                              /s/ Leigh D. Hart or
                                              /s/ William J. Miller, Jr.
                                              OFFICE OF THE CHAPTER 13 TRUSTEE
                                              POST OFFICE BOX 646
                                              TALLAHASSEE, FL  32302
                                              ldhecf@earthlink.net
                                              (850) 681-2734 "Telephone"
                                              (850) 681-3920 "Facsimile"

# CERTIFICATE OF SERVICE

**I HEREBY CERTIFY** that a true and accurate copy of the foregoing has been furnished by the court's current CM/ECF notice of electronic filing or first class mail to:

MARTIN JAMES DEKOM, SR.
9050 SUNSET DR.
NAVARRE, FL 32566

AND

AMY LOGAN SLIVA, ESQUIRE
313 W. GREGORY ST.
PENSACOLA, FL 32502

on the same date as reflected on the Court's docket as the electronic filing date for this document.

7/1/2019

/s/ Leigh D. Hart or
/s/ William J. Miller, Jr.
OFFICE OF THE CHAPTER 13 TRUSTEE