**UNITED STATES BANKRUPTCY COURT**
**NORTHERN DISTRICT OF FLORIDA**
**PENSACOLA DIVISION**

IN RE:       **MARTIN JAMES DEKOM, SR.**
                     **DEBTOR(S).**                       CHAPTER:  13
_____/ CASE NO:  19-300082-KKS

## MOTION TO CONTINUE HEARING

**COME(S) NOW**, Debtor(s), MARTIN JAMES DEKOM, SR., by and through undersigned counsel, and move(s) the Court to continue the Confirmation Hearing now set for August 14, 2019 at 9:00 a.m., and as grounds for this motion state(s):

1.       Debtor needs additional time in which to resolve the Trustee's objections to comfirmation.

**WHEREFORE**, Debtor(s) request(s) that the Court enter an order continuing the Confirmation Hearing for sixty (60) days.

                                        _/s/ Logan F. Sliva_____
                                        LOGAN F. SLIVA, ESQ.
                                        SLIVA LAW FIRM, LLC
                                        Florida Bar Number:  106693
                                        313 West Gregory Street
                                        Pensacola, Florida 32502
                                        (850) 438-6603
                                        Attorney for Debtor
                                        logansliva@live.com

## CERTIFICATE OF SERVICE

**I HEREBY CERTIFY** that a true and accurate copy of the foregoing has been furnished by electronic filing to LEIGH D. HART, TRUSTEE, (ldhdock@earthlink.net) on the same date as reflected on the court's docket as the electronic filing date for this document.

                                        _/s/ Logan F. Sliva_____
                                        LOGAN F. SLIVA