**UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF FLORIDA
PENSACOLA DIVISION**

IN RE:   MARTIN JAMES DEKOM, SR.

|  |  |
|---|---|
| DEBTOR(S). | CHAPTER: 13 |
| _____ / | CASE NO: 19-30082-KKS |

**ORDER GRANTING MOTION TO CONTINUE HEARING (DOC. #42)**

**THIS CAUSE,** having come before the Court upon Debtor's Motion to Continue the Confirmation Hearing (DOC. #42) set for August 14, 2019 at 9:00 a.m. and the Court being otherwise fully advised in the premises, it is

**ORDERED AND ADJUDGED** that

1. Debtor's Motion is hereby GRANTED.

2. This matter shall be continued for at least sixty (60) days.

Dated: July 24, 2019.

KAREN K. SPECIE
United States Bankruptcy Judge

**Prepared By:**

Amy Logan Sliva

Attorney, Amy Logan Sliva, shall serve a copy of the Order on all interested parties and file a certificate or service with the Court within there (3) days.