**UNITED STATES BANKRUPTCY COURT**
**NORTHERN DISTRICT OF FLORIDA**
**PENSACOLA DIVISION**

IN RE:   MARTIN JAMES DEKOM, SR.

              **DEBTOR(S).**          **CHAPTER: 13**
_____/ **CASE NO: 19-30082-KKS**

## MOTION TO WITHDRAW AS ATTORNEY FOR DEBTOR

**COMES NOW,** AMY LOGAN SLIVA, and files this Motion to Withdraw as Attorney for Debtor, MARTIN JAMES DEKOM, SR., and as grounds for this motion states:

1. This case was filed as a Chapter 13 on January 23, 2019.

2. Debtor no longer wishes to be represented by the undersigned.

3. Debtor's counsel reserves jurisdiction to apply for compensation for attorney's fees

**WHEREFORE**, the undersigned, Amy Logan Sliva, hereby requests that an order allowing her to withdraw as counsel for Debtor and relieving her of any further duty, obligation or responsibility for the representation of Debtor, MARTIN JAMES DEKOM, SR., with the exception for applying for compensation, in this matter be entered herein.

                                           /s/ Amy Logan Sliva
                                           SLIVA LAW FIRM LLC
                                           AMY LOGAN SLIVA, ESQ.
                                           Florida Bar Number: 394793
                                           313 West Gregory Street
                                           Pensacola, Florida 32502
                                           (850) 438-6603
                                           (850) 438-1985 Fax
                                           Attorney for Debtor
                                           amysliva@cox.net

## **CERTIFICATE OF SERVICE**

**I HEREBY CERTIFY** that a copy of the foregoing was furnished to LEIGH D. HART, TRUSTEE, (ldhdock@earthlink.net) by electronic transmission on the same date as reflected on the Court's docket as the electronic filing date for this document and to Martin James Dekom, Sr., 9050 Sunset Drive, Navarre, FL 32566 by U.S. Mail on the 31st day of July, 2019.

/s/ Amy Logan Sliva
AMY LOGAN SLIVA, ESQ.